IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NORBERT STURDEVANT,

    Plaintiff,

vs.

M. WINKLEMEIRER, K. WAGGNOR, P. TROVILLION, D. CULLERS, R. PARENT and FEDERAL BUREAU OF PRISONS,

    Defendants.

Case No. 13-cv-519-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Norbert Sturdevant's motion for voluntary dismissal (Doc. 6) which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because defendants have filed neither an answer nor a motion for summary judgment, the Court **GRANTS** Sturdevant's motion (Doc. 6). This case is **DISMISSED**, and the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** July 11, 2013

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**